IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

2007

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN RE: PRO HAC VICE FUND - APPOINTMENT OF CUSTODIAN

Miscellaneous No. 1:07mc38

## ORDER APPOINTING CUSTODIAN OF PRO HAC VICE FUND

Pursuant to the Administrative Office of the United States Courts' policy as stated in the *Guide to Judicial Policies and Procedures* Volume 1, Chapter VII, Part M, Section 2.3, *Roles and Responsibilities Relating to Attorney Admission Fees*, this Court hereby appoints Evelyn Howell to be the custodian of the fund created through the collection of *pro hac vice* fees.

The custodian shall:

1. Receive, safeguard, deposit, disburse, and account for all funds, as prescribed by the written plan adopted by the Court and by pertinent laws (the Court may require the countersignature of one other person for the expenditure of funds);
2. Secure a bond, to be paid for from assets of the fund, if required by the Court;
3. Establish an accounting system as required by the Court;
4. Ensure that financial statements and operating reports are prepared in a timely fashion and sign these statements, thereby certifying that the statements and reports accurately present the financial condition of the fund;
5. Invest funds in accordance with the plan devised by the Court;
6. Perform such other functions as the Court may direct.

IT IS SO ORDERED.

ENTER: This 3rd day of August, 2007

_____
IRENE M. KEELEY
CHIEF JUDGE